UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


Danny Gonzalez,                                        CASE NO. **12-cv-01492 LHK**

                              Plaintiff,

v.


                                                       STIPULATION AND [~~PROPOSED~~]
                                                       ORDER SELECTING ADR PROCESS

Experian Information Solutions, Inc,
et al,

                              Defendant(s).

_____/


      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

      **Court Processes:**
      ☐      Non-binding Arbitration (ADR L.R. 4)
      ☐      Early Neutral Evaluation (ENE)   (ADR L.R. 5)
      X      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**

      ☐      Private ADR (*please identify process and provider*)
      _____

_____

The parties agree to hold the ADR session by:

      x      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

      ☐      other requested deadline:


Dated: July 18, 2012                                   */s/ Mark F. Anderson*
                                                       Attorney for Plaintiff

See attached page 3 for additional counsel.
CONTINUE TO FOLLOWING PAGE

[~~PROPOSED~~] **ORDER**

     ☑    The parties' stipulation is adopted and IT IS SO ORDERED.

     ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:  July 19, 2012

_Lucy H. Koh_
UNITED STATES JUDGE

---

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

---

Rev. 12/11

Dated: July 18, 2012

/s/ Thomas P. Quinn (SBN 132268)
Thomas P. Quinn
NOKES & QUINN
410 Broadway, Suite 210
Laguna Beach, CA 92651
Phone: 949.376.3500
Fax: 949.376.3070
Email: tquinn@nokesquinn.com

Stephanie D. Cope
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Phone: 404.215.5908
Fax: 404.572.5100
Email: scope@kslaw.com

Attorneys for Equifax Information Services

Dated: July 18, 2012

/s/ Angela M. Taylor
Angela M. Taylor
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612-4408
Phone: 949.851.3939
Fax: 949.553.7539
angelataylor@jonesday.com

Counsel for Experian Information Solutions,
Inc.

Dated: July 25, 2012.

/s/   John L. Winchester (SBN 142175)
John L. Winchster
Office of the County Counsel
70 West Hedding Street, East Wing, 9th FL
San Jose, CA 95110-1770
Phone: 408.299.5900
Fax: 408.292.7240

Attorneys for Defendant of Santa Clara