**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANNY GONZALEZ,<br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and COUNTY OF SANTA CLARA;<br><br>　　　　Defendants. | Case No. 12-CV-01492-LHK<br><br>ORDER EXTENDING TIME TO COMPLETE MEDIATION AND CONTINUING THE CASE MANAGEMENT CONFERENCE |

On October 18, 2012, the parties stipulated to extend the deadline for completion of mediation to November 21, 2012, and requested that the Case Management Conference currently set for November 14, 2012, be continued to December 5, 2012. Based on the parties' stipulation and for good cause shown, the deadline to complete mediation is extended to November 21, 2012. However, because the date requested for the Case Management Conference is unavailable, the Case Management Conference is continued to November 28, 2012, at 2:00 PM.

**IT IS SO ORDERED.**

Dated: October 24, 2012

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 12-CV-01492 LHK
ORDER EXTENDING TIME TO COMPLETE MEDIATION AND
CONTINUING THE CASE MANAGEMENT CONFERENCE