**UNITED STATES DISTRICT COURT**

**For the Northern District of California**

UNITED STATES  DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| DANNY GONZALEZ,<br>          Plaintiff, | No. C 12-1492 LHK |
| v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br>          Defendants. | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      November 14, 2012<br>Mediator:  John DiNapoli |

IT IS HEREBY ORDERED that the request to excuse defendant Experian Information Solutions, Inc.'s corporate representative, Abril Turner, from participating in person at the November 14, 2012, mediation before John DiNapoli is GRANTED.  Ms. Turner shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

November 1, 2012        By:    *Elizabeth D. Laporte*

Dated                                        Elizabeth D. Laporte<br>                                                    United States Magistrate Judge