UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| DANNY GONZALEZ,<br>　　　　Plaintiff,<br><br>　　v.<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., et al.,<br>　　　　Defendants.<br>_____/ | No. C 12-1492 LHK<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　　November 14, 2012<br>Mediator:　　John DiNapoli |

　　　IT IS HEREBY ORDERED that the request to excuse defendant Experian Information Solutions, Inc.'s corporate representative, Abril Turner, from participating in person at the November 14, 2012, mediation before John DiNapoli is GRANTED.  Ms. Turner shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

November 1, 2012　　　　　　　　By:　　　*Elizabeth D. Laporte*

Dated　　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**