1  Mark F. Anderson (SBN 44787)
   ANDERSON, OGILVIE & BREWER LLP
2  600 California Street, 18th Floor
   San Francisco, California 94108
3  Telephone: (415) 651-1951
   Fax: (415) 956-3233
4  Email: mark@aoblawyers.com

5  Attorneys for Plaintiff Danny Gonzalez
6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 DANNY GONZALEZ,                        )
                                          )   Case No. 12-01492 LHK
11           Plaintiff,                   )
                                          )   STIPULATION AND ~~(proposed)~~
12      v.                                )   ORDER DISMISSING DEFENDANT
                                          )   SANTA CLARA COUNTY
13 EXPERIAN INFORMATION SOLUTIONS, INC.;  )
14 EQUIFAX INFORMATION SERVICES LLC; and  )
   COUNTY OF SANTA CLARA;                 )
15                                        )
16           Defendants.                  )
   _____)
17

18

19      PLAINTIFF DANNY GONZALEZ AND DEFENDANT SANTA CLARA COUNTY

20 HEREBY STIPULATE that the claims raised in the complaint in this action may be dismissed

21 against defendant Santa Clara County with prejudice pursuant to Federal Rule of Civil

22 Procedure 41(a)(2).

23 Dated: November 8, 2012.

                                              /s/ *Mark F. Anderson*
24                                            Mark F. Anderson, SBN 44787
                                              Anderson, Ogilvie & Brewer LLP
25                                            600 California Street, 18th FL
                                              San Francisco, CA 94108
26                                            Phone: 415.651.1951
                                              Fax: 415.956.3233
27                                            mark@aoblawyers.com

28                                            Attorney for Plaintiff Danny Gonzalez

**STIP & ORDER RE DISMISSAL OF S.C. COUNTY – GONZALEZ V EXPERIAN, NO. 12-01492 LHK**

1  Dated: November 8, 2012.

2                                              /s/ *Michael L. Rossi* (SBN 184997)
3                                                 Michael L. Rossi
                                                  Office of the County Counsel
4                                                 70 West Hedding Street, East Wing, 9th FL
                                                  San Jose, CA 95110-1770
5                                                 Phone: 408.299.5900
                                                  Fax: 408.292.7240
6                                                 Email: Michael.Rossi_CCO@cco.sccgov.org

7                                              Attorney for Defendant Santa Clara County

8

9                                    **Order**

10      Based on the parties' stipulation and for good cause shown, defendant Santa Clara

11  County is hereby dismissed from this action.

12  Dated: November 36, 2012.

13                                    *Lucy H. Koh*
                                      _____
                                      Judge of the U.S. District Court

**STIP & ORDER RE DISMISSAL OF S.C. COUNTY – GONZALEZ V EXPERIAN, NO. 12-01492 LHK**

Page 2 of 2