Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
600 California Street, 18th Floor
San Francisco, California 94108
Telephone: (415) 651-1951
Fax: (415) 956-3233
Email: mark@aoblawyers.com

Attorneys for Plaintiff Danny Gonzalez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANNY GONZALEZ,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES LLC; and
COUNTY OF SANTA CLARA;

    Defendants.

Case No. 12-01492 LHK

STIPULATION AND (proposed) ORDER DISMISSING DEFENDANT SANTA CLARA COUNTY

PLAINTIFF DANNY GONZALEZ AND DEFENDANT SANTA CLARA COUNTY HEREBY STIPULATE that the claims raised in the complaint in this action may be dismissed against defendant Santa Clara County with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: November 8, 2012.

    /s/ *Mark F. Anderson*
    Mark F. Anderson, SBN 44787
    Anderson, Ogilvie & Brewer LLP
    600 California Street, 18th FL
    San Francisco, CA 94108
    Phone: 415.651.1951
    Fax: 415.956.3233
    mark@aoblawyers.com

    Attorney for Plaintiff Danny Gonzalez

**STIP & ORDER RE DISMISSAL OF S.C. COUNTY – GONZALEZ V EXPERIAN, NO. 12-01492 LHK**

Dated: November 8, 2012.

        /s/ *Michael L. Rossi* (SBN 184997)
         Michael L. Rossi
         Office of the County Counsel
         70 West Hedding Street, East Wing, 9th FL
         San Jose, CA 95110-1770
         Phone: 408.299.5900
         Fax: 408.292.7240
         Email: Michael.Rossi_CCO@cco.sccgov.org

        Attorney for Defendant Santa Clara County

### Order

Based on the parties' stipulation and for good cause shown, defendant Santa Clara County is hereby dismissed from this action.

Dated: November 36, 2012.

*[signature: Lucy H. Koh]*

Judge of the U.S. District Court

**STIP & ORDER RE DISMISSAL OF S.C. COUNTY – GONZALEZ V EXPERIAN, NO. 12-01492 LHK**