Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
600 California Street, 18th Floor
San Francisco, California 94108
Telephone: (415) 651-1951
Fax: (415) 956-3233
Email: mark@aoblawyers.com
Attorneys for Plaintiff Danny Gonzalez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GONZALEZ,<br><br>  Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES LLC; COUNTY OF SANTA CLARA,<br><br>  Defendants. | Case No: 5:12-cv-01492-LHK<br><br>[**PROPOSED**] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

## O R D E R

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff, Danny Gonzalez against Defendant Equifax Information Services LLC, be, and the same hereby are, DISMISSED, WITH PREJUDICE, each party to bear its own costs.

DATED: Pqxgo dgt "36."4234

_Lucy H. Koh_
THE HONORABLE LUCY H. KOH