Angela M. Taylor (SBN 210425)
angelataylor@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:     1.949.851.3939
Facsimile:      1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GONZALEZ,<br><br>             Plaintiff,<br><br>       v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC, COUNTY OF SANTA CLARA,<br><br>             Defendants. | Case No. CV 12-01492 LHK<br><br>**[PROPOSED] ORDER FOR STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information Solutions, Inc. is dismissed with prejudice.  Plaintiff Danny Gonzalez and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Date: Pqxgo dgt"36."4234

*Lucy H. Koh*
HON. LUCY H. KOH

IRI-44693v1

EXPERIAN'S ~~PROPOSED~~ ORDER
CV 12-01492 PSG