1  Angela M. Taylor (SBN 210425)
   angelataylor@jonesday.com
2  JONES DAY
   3161 Michelson Drive
3  Suite 800
   Irvine, CA  92612.4408
4  Telephone:    1.949.851.3939
   Facsimile:    1.949.553.7539
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION SOLUTIONS, INC.

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | DANNY GONZALEZ,                              | Case No. CV 12-01492 LHK
13 |        Plaintiff,                            | **[PROPOSED]** ORDER FOR
   |                                              | STIPULATION FOR DISMISSAL OF
14 |    v.                                        | DEFENDANT EXPERIAN
   |                                              | INFORMATION SOLUTIONS, INC.
15 | EXPERIAN INFORMATION SOLUTIONS,
   | INC.; and EQUIFAX INFORMATION
16 | SERVICES, LLC, COUNTY OF SANTA
   | CLARA,
17 |
   |        Defendants.
18

19     PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information

20 Solutions, Inc. is dismissed with prejudice.  Plaintiff Danny Gonzalez and Defendant Experian

21 Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

22     IT IS SO ORDERED.

23
   Date: Pqxgo dgt"36."4234                    *Lucy H. Koh*
24                                             _____
                                               HON. LUCY H. KOH
25

26

27

28

IRI-44693v1                                    EXPERIAN'S ~~PROPOSED~~ ORDER
                                               CV 12-01492 PSG